JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| OFELIA MORIN, etc., et al., | CASE NO. EDCV 14-00141-WU (SPx) |
|---|---|
| Plaintiffs, | PROPOSED ORDER |
| vs. | Trial Date: February 17, 2015 |
| COUNTY OF RIVERSIDE, et al., | |
| Defendants. | |

ORDER OF PREJUDICIAL DISMISSAL OF ENTIRE ACTION by the Honorable Judge George Wu:

Upon stipulation, the court hereby orders as follows:

The entire action, and all defendants, including all fictitious defendants, is/are hereby dismissed with prejudice.. The Plaintiffs, both collectively and individually, fully and permanently waive any and all past, present, and future claims or damages, including but not limited to: special (also known as economic) damages; general (also known as non-economic) damages; punitive and exemplary damages; equitable and declaratory relief; the fees of attorneys, whether of record or not; discovery rights; and ordinary and expert costs, whether incurred or paid.

As a result of the dismissal with prejudice of all aspects of the litigation in this or any other federal or state court, regarding all named and fictitious defendants,

the Court orders that all pending and future litigation events and deadlines, including the 16(b) conference, any pretrial conference, and trial are now vacated as unnecessary.

So ORDERED this 3rd day of April, 2015.

_____
GEORGE H. WU
U.S. DISTRICT JUDGE